IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

    Plaintiffs,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
DESIREE FLORES, in her individual capacity,
BARBARA SCHWABE, in her individual capacity,
JUDY GRIEGO, in her official capacity,
GLORIA ROMANSIK, in her official capacity, and
JOHN DOE, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2009.**

    The Joint Stipulated Motion for Protective Order [filed May 21, 2009; docket #21] is **granted**. The Protective Order is accepted and contemporaneously entered with this minute order.