IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY
WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
DESIREE FLORES, in her individual capacity,
BARBARA SCHWABE, in her individual capacity,
JUDY GRIEGO, in her official capacity,
GLORIA ROMANSIK, in her official capacity, and
JOHN DOE, in his official capacity,

      Defendants.

---

## ORDER ON DEFENDANTS' MOTION TO STAY

---

Pending before the Court is Weld County Defendants' Motion to Stay Pending Immunity

Determination [filed May 19, 2009; docket #17].  The motion is unopposed [docket #26] and has

been referred to this Court for disposition [docket #18].  Oral argument would not materially assist

the Court in adjudicating this motion.  For the reasons stated below, Defendants' Motion to Stay is

**granted**.

## I.      Background

Plaintiff instituted this action on February 17, 2009, but amended the complaint pursuant to

Fed. R. Civ. P. 15(a) on March 11, 2009.  In essence, Plaintiffs allege that Defendants acted in

willful, wanton or reckless regard for the safety and well-being of the Plaintiffs by placing a foster

child into their home who thereafter allegedly sexually assaulted Plaintiff K.K., a three-year-old

child.  *See* Amended Complaint [docket #7].  On May 15, 2009, Defendants responded to the Amended Complaint by filing a Motion to Dismiss.  *See* docket #15.  Thereafter, on May 19, 2009, Defendants filed the within Motion to Stay, requesting that, "in the interests of judicial economy and avoidance of waste for all parties concerned," the proceedings of the case be stayed pending disposition of their Motion to Dismiss.  *See* docket #17 at ¶ 6.  The Plaintiffs do not oppose the motion.

## II.    Discussion

The Supreme Court has emphasized the broad protection qualified immunity affords, giving officials "a right, not merely to avoid 'standing trial,' but also to avoid the burdens of 'such pretrial matters as discovery.' " *Behrens v. Pelletier,* 516 U.S. 299, 308 (1996) (quoting *Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985)); *see also Crawford-El v. Britton,* 523 U.S. 574, 598 (1998). Consequently, courts should resolve the purely legal question raised by a qualified immunity defense at the earliest possible stage in litigation.  *Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir.1995); *see also Medina v. Cram,* 252 F.3d 1124, 1127-28 (10th Cir.2001).

In this case, Defendants filed a Motion to Dismiss the claims set forth in Plaintiffs' Amended Complaint alleging, among other defenses, that the individual Defendants enjoy qualified immunity from the Plaintiffs' claims.  The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)).  Because Defendants' Motion to Dismiss raises a legal question of this Court's jurisdiction over the subject matter of the dispute, the question should be resolved as early as possible in the litigation. *See Albright,* 51 F.3d at 1534.  Moreover, the Court finds that allowing discovery to proceed in this matter against the government defendants would not

2

serve the interests of judicial economy and efficiency.  Consequently,  the Court will grant the unopposed requested stay as to all discovery in this matter pending the disposition of the Motion to Dismiss filed by Defendants.

## III.    Conclusion

Accordingly, for the reasons stated above, it is hereby ORDERED that Weld County Defendants' Motion to Stay Pending Immunity Determination [filed May 19, 2009; docket #17] is **granted**.   All discovery is hereby stayed in this case pending the District Court's ruling on Defendants' Motion to Dismiss. The parties are directed to submit a status report within five days of the entry of any order adjudicating either of the pending motions to dismiss.

Dated at Denver, Colorado, this 2nd day of June, 2009.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge