IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

    Plaintiffs,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
DESIREE FLORES, in her individual capacity,
BARBARA SCHWABE, in her individual capacity,
JUDY GRIEGO, in her official capacity,
GLORIA ROMANSIK, in her official capacity, and
JOHN DOE, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 12, 2009.**

    In the interests of justice, the Plaintiff's timely Unopposed Motion to Amend Complaint [filed June 10, 2009; docket #31] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint found at docket #31-2. Defendant shall file an answer or other response[1] to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a) and all other applicable federal and local rules.

---

[1] Defendants' Motion to Dismiss the First Amended Complaint [docket #15] remains pending before the District Court.