**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-00342-PAB-MEH

LORETTA KUYPER and
K.K., by and through her mother and next friend Loretta Kuyper,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
DESIREE FLORES, in her individual capacity, and
BARBARA SCHWABE, in her individual capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motion to Dismiss [Docket No. 15]. On June 12, 2009, plaintiffs filed the Second Amended Complaint [Docket No. 34] pursuant to the Minute Order [Docket No. 33] granting their Motion to Amend Complaint [Docket No. 31]. Thus, the Second Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 15] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    ORDERED that defendants' Motion to Dismiss [Docket No. 15] is DENIED as moot.

    DATED June 15, 2009.