IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

    Plaintiffs,

v.

WELD COUNTY DEPARTMENT OF SOCIAL SERVICES,
DESIREE FLORES, in her individual capacity,
BARBARA SCHWABE, in her individual capacity,
JUDY GRIEGO, in her official capacity,
GLORIA ROMANSIK, in her official capacity, and
JOHN DOE, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2010.**

    In light of the order to stay discovery and pursuant to this Court's October 27, 2009 order, the Defendants' Unopposed Motion to Vacate Pretrial Conference [filed February 16, 2010; docket #52] is **granted**. The Final Pretrial Conference currently scheduled for March 31, 2010, is **vacated**. Once again, the parties shall conference together and call my Chambers at (303) 844-4507 within five days after an order denying in part or in full the pending Motion to Dismiss in order to obtain a date for a Status Conference at which to discuss scheduling and potential settlement of the matter.