IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY,
DESIREE FLORES, in her individual capacity, and
BARBARA SCHWABE, in her individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 12, 2010.**

      The Joint Motion to Vacate August 17, 2010 Settlement Conference and Extend Certain Scheduling Order Deadlines [filed August 10, 2010; docket #77] is **granted in part and denied in part**.

      The Settlement Conference currently set for August 17, 2010 is hereby **vacated**. On or before August 25, 2010, the parties shall conference together and contact my Chambers at (303) 844-4507 to obtain an alternate date for the conference.

      The parties' request for a 90-day extension of all discovery deadlines is denied for failure to show good cause. The schedule for depositions articulated by the parties in the motion falls within the current discovery deadline, and pending requests for or objections to discovery do not, themselves, suffice to justify significant extensions of time.