IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER,
K.K., by and through her mother and next friend, Loretta Kuyper,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY,
DESIREE FLORES, in her individual capacity, and
BARBARA SCHWABE, in her individual capacity,

      Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 13, 2010.**

      In light of the settlement of this matter,  Defendants' Motion for Protective Order [filed October 26, 2010; docket #100] is **denied as moot**.