IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00342-PAB-MEH

LORETTA KUYPER and
K.K., by and through her mother and next friend Loretta Kuyper,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
DESIREE FLORES, in her individual capacity, and
BARBARA SCHWABE, in her individual capacity,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS DESIREE FLORES AND BARBARA SCHWABE**
_____

    THIS MATTER comes before the Court on plaintiffs' Motion to Dismiss All Claims Against Defendants Desiree Flores and Barbara Schwabe [Docket No. 114].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Motion to Dismiss All Claims Against Defendants Desiree Flores and Barbara Schwabe [Docket No. 114] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Desiree Flores and Barbara Schwabe are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED March 15, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge